IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



| | | |
|---|---|---|
| JANE DOE I and<br>JANE DOE II, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | NO. 14-3004 |
| JACKSON C. JOHNSON,<br>SEAN PETTIT,<br>ROBERT SHERREN and<br>CITY OF LINCOLN, ILLINOIS, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

C O M P L A I N T

NOW COME the Plaintiffs, JANE DOE I AND JANE DOE II, through their attorneys, Wolter, Beeman & Lynch, and as their Complaint against JACKSON C. JOHNSON, SEAN PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS state as follows:

JURISDICTION AND VENUE

1. Count I of Plaintiffs' Complaint is brought pursuant to the Federal Civil Rights Act, which provides that this Court shall have jurisdiction over claims alleging a violation of an individual's right to privacy as protected by 42 U.S.C. 1983.

2. Plaintiff JANE DOE I is an adult female individual who currently resides in Springfield, Sangamon County, Illinois.

3. Plaintiff JANE DOE II is an adult female individual who currently resides in Springfield, Sangamon County, Illinois.

4. Defendant JACKSON C. JOHNSON is an adult male individual who currently resides in Lincoln, Logan County, Illinois.

5. Defendant SEAN PETTIT is an adult male individual who currently resides in Lincoln, Logan County, Illinois and at all relevant times was employed as a police officer by Defendant CITY OF LINCOLN, ILLINOIS.

6. Defendant ROBERT SHERREN is an adult male individual who currently resides in Lincoln, Logan County, Illinois and at all relevant times was employed as a police officer by Defendant CITY OF LINCOLN, ILLINOIS.

7. Defendant THE CITY OF LINCOLN, ILLINOIS is an Illinois municipal corporation located in Logan County, Illinois, which, among other things, maintains and oversees the Lincoln Police Department.

PARTIES

8. On or about October 11, 2012 Defendant JACKSON C. JOHNSON surreptitiously videotaped Plaintiffs after inviting them to use his home to clean up and change clothes following a group distance run.

9. Defendant JACKSON C. JOHNSON was subsequently charged with unauthorized videotaping and the video he had taken was transported to the offices of the Lincoln Police Department.

10. While in the possession of the Lincoln Police Department Defendant SEAN PETTIT played the videotape for other police officers and several firemen.

11. On January 10, 2013 Plaintiffs were notified by the Logan County State's Attorney that the publication of the videotape had occurred.

12. Defendant ROBERT SHERREN was Defendant SEAN PETTIT's supervisor and acquiesced in the publication of the video to third parties.

13. The surreptitious videotaping by Defendant JACKSON C. JOHNSON and the playing of the video by Defendant SEAN PETTIT constitute a violation of Section 1983 of the Federal Civil Rights Act.

COUNT I

**(Violations of Section 1983 of the
Federal Civil Rights Act)**

NOW COME Plaintiffs JANE DOE I and JANE DOE II, by and through their attorneys, Wolter, Beeman & Lynch, and for their cause of action against Defendants JACKSON C. JOHNSON, SEAN

3

PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS state as follows:

14.-26. Plaintiffs incorporate Paragraphs 1 through 13 of this Complaint as Paragraphs 14 through 26 of Count I, respectively.

27. As a result of the publication of the videotape Plaintiffs have suffered, and continue to suffer, severe emotional injuries.

28. Plaintiffs JANE DOE I and JANE DOE II damages total Five Hundred Thousand Dollars ($500,000.00).

WHEREFORE, Plaintiffs JANE DOE I and JANE DOE II respectfully request that this Court enter judgment against Defendants JACKSON C. JOHNSON, SEAN PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS in the amount of Five Hundred Thousand Dollars ($500,000.00) together with attorneys' fees and punitive damages as well as any other damages allowed pursuant to the provision of Section 1983 of the Federal Civil Rights Act.

## COUNT II

### (Intentional Infliction Of Emotional Distress)

NOW COME Plaintiffs JANE DOE I and JANE DOE II, by and through their attorneys, Wolter, Beeman & Lynch, and for their cause of action against Defendants JACKSON C. JOHNSON, SEAN

PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS state as follows:

29.-41. Plaintiffs incorporate Paragraphs 1 through 13 of this Complaint as Paragraphs 29 through 41 of Count II, respectively.

42. Plaintiff incorporates Paragraph 27 of Count I of this Complaint as Paragraph 42 of Count II.

43. Defendants knew or should have known that the videotaping of Plaintiffs and the publication of that videotape to third parties would cause severe emotional distress.

44. Defendants' actions constitute an intentional infliction of emotional distress.

45. As a result of Defendants' actions Plaintiffs have suffered, and continue to suffer, from extreme emotional distress.

WHEREFORE, Plaintiffs JANE DOE I and JANE DOE II respectfully request that this Court enter a judgment against Defendants JACKSON C. JOHNSON, SEAN PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS in the amount of Five Hundred Thousand Dollars ($500,000.00) plus punitive damages against Defendants JACKSON C. JOHNSON, SEAN PETTIT and ROBERT SHERREN together with the costs of this action.

COUNT III

**(Invasion Of The State Of Illinois' Constitutionally Protected Right Of Privacy)**

NOW COME Plaintiffs JANE DOE I and JANE DOE II, by and through their attorneys, Wolter, Beeman & Lynch, and for their cause of action against Defendants JACKSON C. JOHNSON, SEAN PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS state as follows:

46.-58. Plaintiffs incorporate Paragraphs 1 through 13 of this Complaint as Paragraphs 46 through 58 of Count III, respectively.

59. Plaintiff incorporates Paragraph 27 of Count I of this Complaint as Paragraph 59 of Count III.

60. The surreptitious videoing of Plaintiffs and the publication of the video to third parties constitutes an invasion of Plaintiffs' constitutionally protected right to privacy.

61. As a result of said violations, Plaintiffs have suffered, and continue to suffer, from extreme emotional distress.

WHEREFORE, Plaintiffs JANE DOE I and JANE DOE II respectfully request that this Court enter a judgment against

Defendants JACKSON C. JOHNSON, SEAN PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS in the amount of Five Hundred Thousand Dollars ($500,000.00) plus punitive damages against Defendants JACKSON C. JOHNSON, SEAN PETTIT and ROBERT SHERREN together with the costs of this action.

## COUNT IV

### (Negligent Infliction of Emotional Distress)

NOW COME Plaintiffs JANE DOE I and JANE DOE II, by and through their attorneys, Wolter, Beeman & Lynch, and for their cause of action against Defendants JACKSON C. JOHNSON, SEAN PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS state as follows:

62.-74. Plaintiffs incorporate Paragraphs 1 through 13 of this Complaint as Paragraphs 62 through 74 of Count IV, respectively.

75. Plaintiff incorporates Paragraph 27 of Count I of this Complaint as Paragraph 65 of Count IV.

76. Defendants had a duty to act in a reasonable manner and not violate Plaintiffs' right to privacy.

77. Defendants SEAN PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS also had the following duties:

(a) To handle, store and dispose of evidence which comes into their possession in a manner which conforms to

7

    State statutes, maintain a chain of evidence and protect the integrity of the Department;

(b) To conduct themselves on and off duty in such a manner as to reflect favorably on the Lincoln Police Department;

(c) To not conduct themselves in such a manner which discredits the integrity of the Department or its employees;

(d) To exercise their official duties in a professional, tactful and impartial manner and exhibit high standards of self-discipline;

(e) To not discuss operations and official business of the Police Department outside of the Department without the permission of a superior; and

(f) To not engage in conduct on or off duty which has a tendency to destroy public respect for the employee and/or the Police Department or to destroy confidence in the operation of the municipal service.

78. Defendants violated their duties by surreptitiously videotaping Plaintiffs and by revealing the contents of the videotape to third parties.

79. As a result of said violations, Plaintiffs have suffered, and continue to suffer, severe emotional distress.

WHEREFORE, Plaintiffs JANE DOE I and JANE DOE II demand judgment against Defendants JACKSON C. JOHNSON, SEAN PETTIT, ROBERT SHERREN and the CITY OF LINCOLN, ILLINOIS in the amount of Five Hundred Thousand Dollars ($500,000.00) together with the costs of this action.

**PLAINTIFFS DEMAND TRIAL BY JURY.**

        JANE DOE I and JANE DOE II,
        Plaintiffs

        BY /s/ Randall A. Wolter
           WOLTER, BEEMAN & LYNCH
           Their Attorneys

RANDALL A. WOLTER (#3065375)
WOLTER, BEEMAN & LYNCH
Attorneys for Plaintiff
1001 South Sixth Street
Springfield, Illinois 62701
Telephone: 217-753-4220
E-Mail: rwolter@wbllawyers.com
wolter\complaint\doe-jane-federalcourt.inj

```
STATE OF ILLINOIS     )
                      ) ss.
COUNTY OF SANGAMON    )
```

### **A F F I D A V I T**

I, RANDALL A. WOLTER, being first duly sworn, do hereby state, pursuant to Illinois Supreme Court Rule 222(b), as follows:

1. I am an adult under no legal disability and I am an attorney licensed to practice law in the State of Illinois.

2. I am Plaintiffs' attorney in an action to be filed in the United States District Court, Central District Of Illinois, Springfield Division captioned <u>Jane Doe I and Jane Doe II v. Jackson C. Johnson, Sean Pettit, Robert Sherren and the City Of Lincoln, Illinois</u>.

3. Such action is based upon bodily injuries sustained by Jane Doe I and Jan Doe II in an incident on or about October 11, 2012.

4. The total of money damages sought in this action is $500,000.00 plus costs.

FURTHER AFFIANT SAITH NOT.

/s/ Randall A. Wolter

Subscribed and sworn to before me this 7th day of January, 2014.

/s/ Doris M. Teyshak
Notary Public